IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 06-0429-BH-M |
| KARON B. TURNER, et al., | ) ) |
| Defendants. | ) |

**ORDER**

This interpleader action is before the Court on a motion (Doc. 7) filed by Karon B. Turner, one of the defendants herein, to transfer this action to the United States District Court for the Northern District of Alabama, Southern Division. Upon consideration of the motion, the response (Doc. 16) in opposition thereto filed by the remaining defendants, and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that the motion to transfer is due to be and is hereby **DENIED** for the reasons stated in the opposition brief filed by Alice Laurinda Turner, Alice Bats Turner, and the Estate of Wallace L. Turner. The Court specifically finds and concludes that venue in this Court is proper and that, despite plaintiff's lack of objection to the transfer, Karon B. Turner has failed to demonstrate that the proposed transfer would be

more convenient to all the parties, including Alice Bats Turner, and thus appropriate under 28 U.S.C. § 1404(a).

 **DONE** this 24th day of August, 2006.

<u>  s/ W. B. Hand  </u><br>
SENIOR DISTRICT JUDGE